1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11    CURTIS RENEE JACKSON,                    )    Case No.: 1:14-cv-00222-SAB (PC)
                                               )
12                    Plaintiff,               )
                                               )    ORDER GRANTING PLAINTIFF'S MOTION TO
13           v.                                )    VOLUNARILY DISMISS FIRST AMENDED
                                               )    COMPLAINT AND FILE SECOND AMENDED
14    DYE, et al.,                             )    COMPLAINT
                                               )
15                    Defendants.              )    [ECF No. 12]
                                               )
16    _____  )

17           Plaintiff Curtis Renee Jackson is appearing pro se and in forma pauperis in this civil rights

18    action pursuant to 42 U.S.C. § 1983.

19           On May 23, 2014, the Court dismissed Plaintiff's initial complaint with leave to amend for

20    failure to state a cognizable claim for relief.

21           Plaintiff filed an amended complaint on July 7, 2014.

22           On August 13, 2014, Plaintiff filed a motion to dismiss the amended complaint without

23    prejudice and with leave to amend to correct a mistake.

24           Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's

25    pleading once as a matter of course at any time before a responsive pleading is served.  Otherwise, a

26    party may amend only by leave of the court or by written consent of the adverse party, and leave shall

27    be freely given when justice so requires. Fed. R. Civ. P. 15(a).  In this case, a responsive pleading has

28

                                                    1

not been served and plaintiff has not previously amended his complaint.  Therefore, Plaintiff may file an amended complaint without leave of the court.

In addition, Plaintiff is advised that Local Rule 220 requires that an amended complaint be complete in itself without reference to any prior pleading.  As a  general rule, an amended complaint supersedes the original complaint.  See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).  Once Plaintiff files an amended complaint, the original pleading no longer serves any function in the case.  Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.

Accordingly,

IT IS HEREBY ORDERED that:

1.      Plaintiff may file a second amended complaint within thirty (30) days from the date of service of this order; and

2.      The Clerk of Court is directed to send Plaintiff a blank civil rights amended complaint form.

IT IS SO ORDERED.

Dated:   **August 19, 2014**                           _____

UNITED STATES MAGISTRATE JUDGE