**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS RENEE JACKSON,<br><br>            Plaintiff,<br><br>     v.<br><br>DYE, et al.,<br><br>            Defendants. | Case No.: 1:14-cv-00222-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S RESPONSE TO DEFENDANTS' ANSWER<br><br>[ECF No. 22] |

Plaintiff Curtis Renee Jackson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding on Plaintiff's second amended complaint against Defendants Dye and Mills for deliberate indifference to a serious medical need. Defendants filed an answer to the amended complaint on February 12, 2015. On March 30, 2015, Plaintiff filed a response to Defendants' answer. (ECF No. 22.)

Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.

1

1  Fed. R. Civ. P. 7(a).  Because the Court did not order Plaintiff to reply to answer, Plaintiff's response
2  is HEREBY STRICKEN from the record.
3
4  IT IS SO ORDERED.
5  Dated:    **March 31, 2015**
6                                                          UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28