# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS RENEE JACKSON,<br><br>            Plaintiff,<br><br>     v.<br><br>DYE, et al.,<br><br>            Defendants. | Case No.: 1:14-cv-00222-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE<br><br>[ECF No. 25] |

Plaintiff Curtis Renee Jackson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 17, 2015, Defendants filed a motion to extend the dispositive motion deadline.

Good cause having been presented to the Court, it is HEREBY ORDERED that the dispositive motion deadline is extended to **January 28, 2016**.

IT IS SO ORDERED.

Dated:  **December 18, 2015**

UNITED STATES MAGISTRATE JUDGE

1